UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY HILL,<br><br>    Plaintiff,<br><br>    v.<br><br>TAMMY CAMPBELL, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-1103 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DIRECTING PLAINTIFF TO PAY THE FILING FEE IN FULL<br><br>(Doc. 7) |

Tony Hill is a state prisoner proceeding pro se in this civil rights action filed under 42 U.S.C. § 1983. On August 3, 2023, the assigned magistrate judge found Plaintiff was subject to the three-strikes bar imposed by 28 U.S.C. § 1915(g). (Doc. 7 at 1-2.) The magistrate judge also found the allegations in the complaint do not satisfy the "imminent danger of serious physical injury" exception to § 1915(g). (*Id.* at 4.) Therefore, the magistrate judge recommended that Plaintiff not be permitted to proceed in forma pauperis.

Plaintiff filed objections to the Findings and Recommendations and a letter to the Clerk of Court related to the IFP application on August 16, 2023. (Docs. 8, 9.) Plaintiff does not dispute the finding that he was subject to the three strikes bar. He also does not demonstrate that he is in imminent danger of serious physical injury. (*See id.*)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including

1

Plaintiff's objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations issued on August 16, 2023 (Doc. 7), are **ADOPTED** in full.
2. Pursuant to 28 U.S.C. § 1915(g), Plaintiff is directed to pay the $402.00 filing fee in full within thirty days from the date of service of this order.
3. <u>Plaintiff is advised the failure to timely pay the filing fee in full will result in the dismissal of this case</u>.

IT IS SO ORDERED.

Dated:   **August 30, 2023**                                              /s/ Jennifer L. Thurston
                                                                                         UNITED STATES DISTRICT JUDGE